1  **McCARTHY & HOLTHUS, LLP**
   David C. Scott, Esq. (SBN: 225893)
2  1770 Fourth Avenue
   San Diego, CA  92101
3  Telephone:   (619) 685-4800
   Facsimile:   (619) 685-4811
4  Email:       dscott@McCarthyHolthus.com

5  Attorneys for Plaintiff,
   Federal Home Loan Mortgage Corporation

6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10 FEDERAL HOME LOAN<br>    MORTGAGE CORPORATION, | Case No. CV13-4551 MWF (MRWx) |
| 11                              Plaintiff, | **26(f) JOINT REPORT** |
| 12 v. | Date:  October 7, 2013<br>Time:  11:00 a.m. |
| 13 DONN A. SARINO;<br>    EDERLINE M. SARINO; | Ctrm:  1600<br>Judge: Hon. Michael W. Fitzgerald |
| 14 CANDELARIA VALDEZ;<br>    ERIKA OCHOA;<br>    MARIA T. ESPARZA; | |
| 15 LORNA MARIE NORMANDY;<br>    LAND INVESTMENTS-01, AN | |
| 16 ENTITY OF UNKNOWN<br>    CHARACTER; | |
| 17 MILLENIUM PROPERTIES, INC., A<br>    DELAWARE CORPORATION; | |
| 18 DAVID SHALET LIPPMA;<br>    ALL PERSONS UNKNOWN | |
| 19 CLAIMING ANY LEGAL OR<br>    EQUITABLE RIGHT, TITLE, | |
| 20 ESTATE, LIEN OR INTEREST IN<br>    THE PROPERTY DESCRIBED IN | |
| 21 THE COMPLAINT ADVERSE TO<br>    PLAINTIFF'S TITLE, OR ANY | |
| 22 CLOUD ON PLAINTIFF'S TITLE<br>    THERETO; | |
| 23 and DOES 1 through 10 inclusive, | |
| 24                              Defendants. | |

25        Plaintiff Federal Home Loan Mortgage Corporation ("Freddie Mac") and

26 Defendants Donn A. Sarino; Ederline M. Sarino (collectively "Sarinos"); Millenium

27 Properties, Inc. ("Millenium"); and David Shalet Lippman *erroneously sued as*

28 David Shalet Lippma ("Lippman") by and through their respective counsel submit

*(left margin, vertical text)* McCARTHY & HOLTHUS, LLP  ATTORNEYS AT LAW  1770 FOURTH AVENUE  SAN DIEGO, CALIFORNIA  92101  TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810

CA13-2274

their joint 26(f) report.

1. **Joint Statement of the Case:**

The Sarinos acquired a loan in the amount of $399,000 secured by a Deed of Trust ("2005 Deed of Trust") against real property commonly known as 1914 Pattiz Ave., Long Beach, CA 90815 ("Subject Property").

The Sarinos defaulted on their loan.  On August 10, 2012, defendant Candelaria Valdez filed for Chapter 7 bankruptcy protection, identified as case number 2:12-bk-37394.  Valdez' filed petition and schedules did not assert any ownership of the Subject Property.  On August 17, 2012 the Subject Property sold to Freddie Mac at a nonjudicial foreclosure sale.  On August 29, 2012, a Trustee's Deed Upon Sale was recorded in favor of Freddie Mac.

On September 19, 2012, a grant deed was recorded with the County Recorder of Los Angeles providing that Freddie Mac had transferred the Subject Property to Land Investments-01.  On November 29, 2012, a grant deed was recorded with the County Recorder of Los Angeles providing that Land Investments-01 had transferred the Subject Property to Millenium.  Millenium's purchase was aided by a purchase money loan from lender Lippman.  This loan was secured and evidenced by a deed of trust, also recorded on November 29, 2012.

In 2013, Freddie Mac caused to be recorded a Notice of Rescission of Trustee's Deed Upon Sale under the belief that the August 17, 2012 trustee's sale violated an automatic stay imposed due to the Valdez bankruptcy.

a. **Freddie Mac's Allegations:**

Freddie Mac makes the following allegations.  Based upon recorded documents, on or about September 17, 2012, Freddie Mac allegedly granted its interest in the Subject Property to Land Investments-01.  However, Freddie Mac never received any consideration for the sale of the Subject Property to Land Investments-01.  Indeed, Sandra Young's signature to the Grant Deed is a forgery.  Further, the notary's signature, Lorna Marie Normandy, is also a forgery.

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810

CA13-2274

Because the signatures of Sandra Young and Lorna Marie Normandy on the Grant Deed from Freddie Mac to Land Investments-01 were fraudulent, Freddie Mac brings this action to set aside the Grant Deed from it to Land Investments-01. Further, because Land Investments-01 could not convey any interest in the Subject Property to Millenium, the Grant Deed from Land Investments-01 to Millenium should be set aside. Finally, because Millenium never acquired title to the Subject Property, its loan secured by a Deed of Trust held by David Shalet Lippman should be reconveyed.

### b. Millenium and Lippman's Allegations:

Millenium and Lippman's allegations differ from that of Freddie Mac in two principal ways. First, Millenium and Lippman allege that the Sarinos, with defendants Valdez, Ochoa, and Esparza, conspired to file a fraudulent bankruptcy so as to delay the August 17, 2012 foreclosure sale. The Sarinos purportedly gifted percentage interests in the Subject Property to each of Valdez, Ochoa, and Esparza, and then had Valdez file for bankruptcy. As such, the Trustee's Deed Upon Sale following the valid August 17, 2012 foreclosure is effective and should not be rescinded.

The second divergence is a disagreement as to whether the sale from Freddie Mac to Land Investments-01 occurred. If the sale is valid, then Freddie Mac has no claim to the Subject Property.

### 2. Subject Matter Jurisdiction:

Jurisdiction is conferred on this Court under 12 U.S.C. 1452(f). This section grants original jurisdiction to United States district courts over civil action to which Freddie Mac is a party. Venue is proper because the Subject Property is located in this district and the conduct complained of occurred here.

/ / / /

/ / / /

/ / / /

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810

CA13-2274

**3. Legal Issues:**

The first legal issue concerns what counts as a forged deed and if a forged deed is found, how that impacts the interests of the other parties. A forged deed does not pass title and is void even against subsequent bona fide purchasers. Wutzke v. Biz Reid Painting Serv., 151 Cal.App.3rd 36, 43 (1984).

Freddie Mac asserts that the Grant Deed from Freddie Mac to Land-Investments-01 is a forgery and thus void. If true, then this voiding will void Millenium and Lippman's interest in the Subject Property. The Sarinos are in accord with the legal position of Freddie Mac, and also contend that the purported deed to Land Investments-01 is void under California Civil Code §1095 because the deed was not executed in the name of Freddie Mac. The Sarinos contend that unless and until Millenium and Lippman can demonstrate that they are in privity with Freddie Mac, they will be unable to state any claim against the Sarinos whatsoever.

The second legal issue concerns a determination of the effect of the allegedly-fraudulent Valdez bankruptcy. Millenium and Lippman assert that the Valdez bankruptcy was fraudulent and that Valdez never actually held any interest in the Subject Property. This area of law will introduce legal issues concerning the requirements for passing title to real property, the elements of conspiracy, the effect of knowingly filing false bankruptcy papers, and the effect of a fraudulent bankruptcy upon the automatic stay generated by a bankruptcy filing. The areas concerning the transfer of real property will likely invoke California state law.

**4. Parties, Evidence, etc.:**

Defendant Lorna Marie Normandy through her counsel, Richard Busch, is completing a Declaration of Identity Theft. Based upon Normandy's Declaration, Freddie Mac and Normandy intend to enter into a Stipulation for Dismissal while allowing discovery to be conducted through her counsel.

////

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810

CA13-2274

Freddie Mac's counsel had previous contact with the individual, Sandra Young, that purportedly executed a Grant Deed from Freddie Mac to Land Investments-01. Freddie Mac's counsel is obtaining a Declaration from Sandra Young to support her identity theft as to the Grant Deed.

Millenium and Lippman will seek discovery from Freddie Mac to gauge its claims regarding the falsity of the Freddie Mac-to-Land Investments-01 sale. Millenium and Lippman will also seek discovery from the Sarinos relating to their connections with defendants Valdez, Ochoa, and Esparza, as well as the terms and conditions of their supposed sale of percentage interests in the Subject Property to them.

5. **Damages:**

Freddie Mac is seeking nonmonetary relief. Namely, this Court's order deeming the following recorded documents void *ab initio*:

- Grant Deed from Freddie Mac to Land Investments-01 recorded on September 19, 2012 in the Los Angeles County Recorder's Office as Instrument Number 20121410619.

- Grant Deed from Land Investments—01 to Millenium Properties recorded on November 29, 2012 in the Los Angeles County Recorder's Office as Instrument Number 20121815796.

- Deed of Trust recorded on November 29, 2012 in the Los Angeles County Recorder's Office as Instrument Number 20121815797.

Millenium and Lippman seek a judgment stating that Millenium is the rightful owner of the Subject Property, subject to Lippman's first-position lien. Millenium and Lippman also seek an order voiding the Notice Of Rescission of Trustee's Deed Upon Sale caused to be recorded by Freddie Mac on February 1, 2013 in the Los Angeles County Recorder's Office as Instrument Number 20130166933.

/ / / /

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1700 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810

CA13-2274

**6. <u>Insurance</u>:**

Freddie Mac does not have insurance coverage for the claims raised in the underlying Complaint.

Millenium and Lippman are insured under title insurance policies issued by Pacific Coast Title Company.

The Sarinos do not have insurance coverage for the claims raised in the complaint or cross-complaint.

**7. <u>Motions</u>:**

Freddie Mac, the Sarinos, and Millenium do not intend to file any motions to add other parties or claims, file amended pleadings, or seek to transfer venue. Lippman is currently maintaining a similar action covering similar subject matter in the Superior Court of California.  If the state court action is not removed and related to the present action, Lippman intends on requesting leave to file a cross-claim against the same parties named as cross-defendants in Millenium's cross-claim.

**8. <u>Manual for Complex Litigation</u>:**

The parties do not believe the Manual for Complex Litigation should be used in this matter.

**9. <u>Status of Discovery</u>:**

No discovery has been completed to date.

**10. <u>Discovery Plan</u>:**

1. Freddie Mac, Defendants Sarinos, Millenium, and Lippman will exchange their initial disclosures by December 9, 2013.  Freddie Mac's initial disclosures will include the Declarations of Sandra Young and Lorna Marie Normandy of Identity Theft identified on the Grant Deed from Freddie Mac to Land Investments-01.

2. No additional changes are required to the limitations imposed under the Federal Rules of Civil Procedure or local rules.

/ / / /

/ / / /

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810

CA13-2274

**11. Discovery Cut-Off:**

March 18, 2014

**12. Expert Discovery:**

a. Initial expert disclosures – January 14, 2014.

b. Rebuttal expert disclosures – February 14, 2014.

**13. Dispositive Motions:**

If the Declarations of Sandra Young and Lorna Marie Normandy of Identity Theft identified on the Grant Deed from Freddie Mac to Land Investments-01 do not cause an informal resolution, Freddie Mac will file a Motion for Summary Judgment on or before March 15, 2014 that will be heard on or before April 15, 2014. The gravamen of the motion will be that the Grant Deed from Freddie Mac to Land Investments-01 is a forged deed, and thus void. Therefore, Land Investments-01 could not pass title to Millenium.

The Sarinos may elect to file a motion to dismiss and/or a Motion for Summary Judgment on the grounds that the alleged deed to Land Investments-01 is void under California Civil Code §1095.

**14. Settlement/Alternative Dispute Resolution (ADR):**

The parties do not believe a settlement conference is necessary at this time.

**15. Trial Estimate:**

Freddie Mac intends to call 3 witnesses. Freddie Mac requests a bench trial with a time estimate of 1.5 days.

Defendants Sarinos intend to call 3 witnesses. The Sarinos request a bench trial with a time estimate of 1.5 days

Defendant Millenium' Answer and Cross-Claim requests a jury trial with a time estimate of 3 days. Defendant Lippman shares the 3-day estimate. Millenium and Lippman intend to call at least 4 witnesses, depending upon the participation of parties who have not yet appeared.

/ / / /

**16.** **Trial Counsel:**

David C. Scott, Esq. for Plaintiff Freddie Mac.

Wendy Ellen Miller, Esq. for Defendants Donn and Ederline Sarino.

Terry J. Kent, Esq. for Defendants Millenium Properties and David Shalet Lippman.

**17.** **Independent Expert or Master:**

The parties do not believe this Court should consider appointing a master under Rule 53 or an independent scientific expert.

**18.** **Timetable:**

Please see attached Exhibit "A".

**19.** **Other Issues:**

The parties do not anticipate any additional issues.

Dated:  September 20, 2013        **McCARTHY & HOLTHUS, LLP**

By:_____/s/ David C. Scott_____
David C. Scott, Esq.
Attorneys for Plaintiff,
Federal Home Loan Mortgage Corporation

Dated:  September 20, 2013        **LAW OFFICES OF WENDY ELLEN MILLER**

By:_____/s/ Wendy E. Miller_____
Wendy E. Miller, Esq.
Attorneys for Defendants,
Donn A. Sarino; and
Ederline M. Sarino

Dated:  September 20, 2013        **FREEMAN FREEMAN & SMILEY, LLP**

By:_____/s/ Terry J. Kent_____
Terry J. Kent, Esq.
Attorneys for Defendant/Cross-Claimant
Millenium Properties, Inc.; and Defendant
David Shalet Lippman, erroneously sued as
David Shalet Lippma

CA13-2274

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810