# DECLARATION

## DECLARATION OF TERRY J. KENT, ESQ.

I, Terry J. Kent, Esq., declare as follows:

1. I am an attorney at law duly licensed to practice before this Court. I am an associate at the law firm of Freeman, Freeman & Smiley, LLP (hereinafter, "FFS"), counsel of record for Defendant Millenium Properties, Inc. (hereinafter, "Millenium"), in this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. In June 2013, my firm, FFS, was hired to represent Millenium relating to real property located at 1914 Pattiz Avenue, Long Beach, California. At that time, Millenium was covered by a title insurance policy issued by Fidelity National Title Insurance Company ("Fidelity"). Fidelity had been compensating FFS for its legal services and costs incurred in representing Millenium in the present action.

3. On or about April 28, 2014, Fidelity issued notice to Millenium informing it that it was terminating coverage under its title insurance policy in thirty days and that Millenium would need to obtain its own counsel.

4. On May 22, 2014, I issued an email to Millenium's principal Gregory Falvo ("Falvo") and Falvo's personal counsel Joseph West, Esq. ("West") asking whether Millenium would be hiring FFS or substituting in its own counsel. I issued further emails to Falvo and West regarding representation on May 27, 2014, June 2, 2014, and June 5, 2014. Falvo responded on June 2, 2014, indicating that no decision had been made. West responded on June 5, 2014, indicating that FFS was required to represent FFS until such time as this Court might permit it to withdraw, but did not say whether Millenium would hire FFS (or anyone else) to represent it.

5. In response to the above communication, on June 5, 2014, I personally informed Falvo that Millenium's failure to either retain FFS directly or substitute an

2273754.1 24045-800

MOTION FOR ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT MILLENIUM PROPERTIES, INC.

attorney of their choosing would result in my and my firm's having to request leave to withdraw from further representation of Millenium in this matter.

6.   In addition, FFS served the present Motion upon Millenium, along with written correspondence via U.S. mail and electronic mail, on June 13, 2014 providing notice of the Motion itself and notice of Millenium's inability to appear *pro se* and the gravity of the implications thereof, as per Local Rule 83-2.9.2.3. Attached hereto and incorporated herein by reference as **Exhibit "A"** is a true and correct copy of the letter from me to Millenium which our office sent by email and U.S. Mail to Millenium on June 13, 2014, along with the present Motion and supporting papers, notifying and advising them as indicated above.

7.   Based upon the failure of Millenium to either retain FFS or substitute in its own counsel, and the unlikelihood that any party will suffer any prejudice as a result of the requested relief, I am respectfully requesting that this honorable Court grant leave for FFS and all of its attorneys, including myself, be relieved as counsel of record for Millenium in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on this 13th day of June, 2014, at Los Angeles, California.

_____
Terry J. Kent