JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br>　　　　　　　Plaintiff,<br>　　v.<br>DONN A. SARINO; EDERLINE M. SARINO; CANDELARIA VALDEZ; ERIKA OCHOA; MARIA T. ESPARZA; LORNA MARIE NORMANDY; LAND INVESTMENTS-01, AN ENTITY OF UNKNOWN CHARACTER; MILLENIUM PROPERTIES, INC.; DAVID SHALET LIPPMA; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO; and DOES 1 through 10 inclusive,<br>　　　　　　　Defendants. | Case No. CV13-04551–MWF (MRWx)<br><br>**JUDGMENT** |
| MILLENIUM PROPERTIES, INC.,<br>　　　　　　　Cross-Claimant,<br>　　v.<br>DONN A. SARINO; EDERLINE M. SARINO; CANDELARIA VALDEZ, ERIKA OCHOA; MARIA T. ESPARZA; LORNA MARIE NORMANDY; LAND; FEDERAL HOME LOAN MORTGAGE CORPORATION<br>　　　　　　　Cross-Defendants | |

1  Having reviewed the Stipulation between Plaintiff/Cross-Defendant Federal
2  Home Loan Mortgage Corporation, Defendants Donn A. Sarino; Ederline M. Sarino;
3  David Shalet Lippman erroneously sued as David Shalet Lippma; Defendant/Cross-
4  Complainant Millenium Properties, Inc.; and having reviewed the default judgment
5  request against Defendants Land Investments-01; Candelaria Valdez; Erika Ochoa;
6  Maria T. Esparza; and All Persons Unknown Claiming Any Legal or Equitable
7  Right, Title, Estate, Lien or Interest in the Property Described in the Complaint
8  Adverse to Plaintiff's Title, or Any Cloud on Plaintiff's Title Thereto, the Court rules
9  as follows:

This Court's judgment pertains to real property commonly known as 1914 Pattiz Ave., Long Beach, California ("Subject Property"). The legal description for the Subject Property is:

> THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:
>
> LOT 378 OF TRACT NO 17703, IN THE CITY OF LONG BEACH, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 466, PAGE(S) 13 TO 23 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
>
> EXCEPTING THEREFROM, ALL OIL, OIL RIGHTS, NATURAL GAS RIGHTS, MINERAL RIGHTS, ALL OTHER HYDROCARBON SUBSTANCES BY WHATSOEVER NAME KNOWN, AND ALL WATER, CLAIMS OR RIGHTS TO WATER, TOGETHER WITH APPURTENANT RIGHTS THERETO, WITHOUT, HOWEVER, ANY RIGHT TO ENTER UPON THE SURFACE OF SAID LAND NOR ANY PORTION OF THE SUBSURFACE LYING ABOVE A DEPTH OF 50 FEET, AS EXCEPTED OR RESERVED BY DEED RECORDED NOVEMBER 21, 1947 AS INSTRUMENT NO 1923, IN BOOK 25435 PAGE 360 AND MODIFICATION RECORDED MAY 29, 1952 AS INSTRUMENT NO 1355 IN BOOK 39045 PAGE 382, AND RECORDED MAY 29, 1952 AS INSTRUMENT NO 1356 IN BOOK 39645 PAGE 416, ALL OF OFFICIAL RECORDS.
>
> Full Parcel/APN 1: 7235-026-028

IT IS HEREBY ORDERED that the Cross-Complaint filed by Millenium Properties, Inc. is dismissed with prejudice.

IT IS HEREBY FURTHER ORDERED that the Complaint filed by David

1  Shalet Lippman filed in the Los Angeles County Superior Court as Case Number
2  NC058945, and removed to this Court on September 18, 2013 is dismissed with
3  prejudice.
4      IT IS HEREBY FURTHER ORDERED that the 2005 Deed of Trust recorded
5  in the Los Angeles County Recorder's Office on December 29, 2005 as Instrument
6  Number 05-3212286 is a valid encumbrance against the Subject Property with an
7  effective date of December 29, 2005.
8      IT IS HEREBY FURTHER ORDERED that the Trustee's Deed Upon Sale
9  recorded in the Los Angeles County Recorder's Office on August 29, 2012 as
10 Instrument Number 20121293757 is cancelled *nunc pro tunc*.
11     IT IS HEREBY FURTHER ORDERED that the Grant Deed recorded in the
12 Los Angeles County Recorder's Office on September 19, 2012 as Instrument
13 Number 20121410619 is hereby cancelled *nunc pro tunc* and deemed void *ab initio*.
14     IT IS HEREBY FURTHER ORDERED that the Grant Deed recorded in the
15 Los Angeles County Recorder's Office on November 29, 2012 as Instrument
16 Number 20121815796 is hereby cancelled *nunc pro tunc* and deemed void *ab initio*.
17     IT IS HEREBY FURTHER ORDERED that the Deed of Trust recorded in the
18 Los Angeles County Recorder's Office on November 29, 2012 as Instrument
19 Number 20121815797 is hereby cancelled *nunc pro tunc* and deemed void *ab initio*.
20 **IT IS SO ORDERED.**

22 DATED:  June 22, 2015

                        MICHAEL W. FITZGERALD
                        United States District Court Judge